### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

**UNITED STATES OF AMERICA**    *

    v    * **CRIMINAL NO: CR-15-00088-CG**

**BRIDGETTE PARKER**    *

### NOTICE OF INTENT TO PLEAD GUILTY

COMES NOW the Defendant, BRIDGETTE PARKER, by and through her attorney, Sidney M. Harrell, Jr., and gives notice that she intends to enter a Guilty Plea in this cause to Count 2 of the indictment.

    /s/ Sidney M. Harrell, Jr._____
    Sidney M. Harrell, Jr.
    Attorney for Defendant
    P. O. Box 2686
    Mobile, Alabama 36652

### CERTIFICATE OF SERVICE

I do hereby certify that I have on this 10[h] day of December, 2015, served a copy of the foregoing pleading upon all interested parties by electronic filing.

    /s/ Sidney M. Harrell, Jr.
    Sidney M. Harrell, Jr.