IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |  | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | | |
| | ) | | |
| **vs.** | ) | **CRIMINAL NO. 15-00088-CG** | |
| | ) | | |
| **BRIDGETTE WILLIAMS PARKER,** | ) | | |
| | ) | | |
| Defendant. | ) | | |

**ORDER**

The sentencing hearing in this matter is **RESCHEDULED** for **Wednesday, March 15, 2017 at 9:30 a.m.,** to be held in Courtroom 2B, United States Courthouse, Mobile, Alabama.  The Defendant is **ORDERED** to be present for said hearing.

**DONE and ORDERED** this 19th day of October, 2016.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE