IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHER DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                                              **CRIMINAL NO. 15-00088-CG**

**XIULU RUAN,**

    **Defendant.**
_____/

**JOINT MOTION TO EXTEND THE TIME
WITHIN WHICH TO FILE BRIEFS**

    Come now the parties who jointly move this Court to extend the date by which briefs must be filed as set by the Court's order (PageID #: 3363, Doc. 854) by twenty-one (21) days. The parties respectfully request this extension to allow them to attempt to reach agreement on the necessity for and the proper scope of limited discovery to develop the record more fully for the Court's consideration in making the determination on the issues as set forth in the Eleventh Circuit Opinion (PageID # 33357, Doc. 851, p. 12).  The parties understand that limited discovery could occur only upon order of this Court.

    After an appeal of this Court's order granting the Government's Motion to Confirm Mortgage Void, the Eleventh Circuit reversed, in part, vacated, and remanded, in part.  (PageID #: 33357, Doc. 851, p. 12).  Thereafter, this Court

entered an order setting a briefing schedule. (PageID #: 33363, Doc. 854). The Eleventh Circuit, noting that the record has not been developed as to Defendant Ruan's intent in granting Mrs. Martinie the power of attorney, remanded the matter for this Court to determine whether the conveyance to Mr. Martinie was consistent with Defendant Ruan's true intent (PageID #: 33357, Doc. 851, p. 12). The Eleventh Circuit described the specific issues as:

1. Defendant Ruan's true intent regarding the conveyance;
2. Whether Mrs. Martinie's actions were inconsistent with Defendant Ruan's purpose of the agency relationship;
3. Whether Mrs. Martinie's actions in granting the Mortgage to her husband, Mr. Martinie, was for Ruan's benefit and in a manner consistent with the purpose of the Power of Attorney; and
4. Whether Defendant Ruan ratified the Mortgage to Mr. Martinie.

*Id.*

The parties request this extension to attempt to resolve issues regarding the necessity and scope of discovery limited specifically to the issues set out by the Eleventh Circuit and determine whether a motion for limited discovery is appropriate. The limited discovery would possibly include interrogatories, requests for production, and depositions of Defendant Ruan and his sister in order to further

develop the record for this Court's factual determination of the issues set out by the Eleventh Circuit.

This request is not made for the purposes of delay and will not prejudice either party.

## CONCLUSION

Accordingly, the parties respectfully request that the Court extend the date on which briefs are due by twenty-one (21) days until Friday, March 13, 2020 so that the parties can work to resolve issues as set out above.

Respectfully submitted,

| | |
|---|---|
| RICHARD W. MOORE<br>UNITED STATES ATTORNEY | ATTORNEY FOR THE<br>DEFENDANT |
| s/*Leah Ann Butler*<br>Leah Ann Butler<br>Assistant United States Attorney<br>63 South Royal Street, Suite 600<br>Mobile, AL 36602<br>Phone: (251)415-7159<br>Leah.Butler@usdoj.gov | s/*J. Scott Gilbert*<br>J. Scott Gilbert<br>Watkins & Eager PLLC<br>Post Office Box 650<br>Jackson, MS 39205<br>Telephone: (601)965-1901<br>Facsimile: (601)965-1901<br>sgilbert@watkinseager.com |

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

*s/ Leah Ann Butler*
Leah Ann Butler